IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

MICHAEL LEON POWE,              :

    Petitioner,                 :

v.                              :       CIVIL ACTION 04-0491-BH-M

GRANTT CULLIVER,                :

    Respondent.                 :

## ORDER

After due and proper consideration of all pleadings in this file, and a *de novo* determination of those portions of the Recommendation to which objection is made, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is adopted as the opinion of this Court.

It is **ORDERED** that this habeas petition be **DENIED** as time-barred and that this action be **DISMISSED**.

**DONE** this 28th day of November, 2005.

                                            s/ W. B. HAND
                                      SENIOR DISTRICT JUDGE