```
            IN THE UNITED STATES DISTRICT COURT
           FOR THE SOUTHERN DISTRICT OF ALABAMA
                      SOUTHERN DIVISION
```

MICHAEL LEON POWE,              :

    Petitioner,                 :

v.                              :          CIVIL ACTION 04-0491-BH-M

GRANTT CULLIVER,                :

    Respondent.                 :

### JUDGMENT

It is **ORDERED**, **ADJUDGED**, and **DECREED** that **JUDGMENT** be entered in favor of Respondent Grantt Culliver and against Petitioner Michael Leon Powe.

**DONE** this 28th day of November, 2005.

                                              s/ W. B. HAND
                                    SENIOR DISTRICT JUDGE